**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS**

Daniil Solovev,
Plaintiff,

V.

Crafted By Joanna LLC, a Kansas limited liability company,
Agneta Rusyte, an individual residing in the United Kingdom,
Aleksandra Kinshina, an individual residing in Canada,
Defendants,
and
**Laura Cortes**
**Additional Defendant**
Case 2:25-cv-02268-KHV-ADM

**FIRST AMENDED COMPLAINT**
**(Adding Laura Cortes as Defendant)**
**Pursuant to FRCP 15(a)**

1.    Plaintiff Daniil Solovev files this First Amended Complaint to add Laura Cortes as a necessary party to this action.

**PARTIES:**

2.  Plaintiff is an individual residing at Plagoo Holiday Hotel, Bali, Indonesia, 80361.

3.  Defendant Crafted By Joanna LLC is, upon information and belief, a limited liability company organized under the laws of Kansas, operating an online jewelry store under the name "Crafted By Joanna" on Etsy.com.

4.  Defendant Agneta Rusyte is, upon information and belief, an individual residing at Flat 206 Watkins House 3 Thomas Layton Way, Brentford, United Kingdom, TW8 OSJ, operating an online jewelry store on Etsy.com.

5.  Defendant Aleksandra Kinshina is, upon information and belief, an individual residing at 27 Quaker Ridge Rd, Concord, Ontario, Canada, L4K 2E5, operating an online jewelry store on Etsy.com.

6.  Additional Defendant Laura Cortes is, upon information and belief, an individual residing at the United States, Virginia State, Chesapeake, 1015 Ekaterina Ct, 23322.

**JURISDICTION AND VENUE**

7.  Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1338(a) (copyright).

8.  Venue is proper under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims occurred within this judicial district.

**FACTUAL ALLEGATIONS**

9.  Plaintiff is the sole owner of original jewelry designs, which are protectable under U.S. copyright law.

10. Plaintiff has offered these designs for sale through online platforms, including Etsy.com.

11. Without permission, Defendants copied, displayed, and sold works substantially similar to Plaintiff's copyrighted jewelry designs on Etsy.com.

12. Defendants' conduct was willful and intentional.

13. Plaintiff has suffered economic harm, including loss of revenue, loss of goodwill, and damage to reputation.

14. Plaintiff has no adequate remedy at law and seeks injunctive and monetary relief.

**CLAIMS FOR RELIEF**

**Count I: Copyright Infringement (17 U.S.C. § 501)**

15. Plaintiff realleges and incorporates by reference the preceding paragraphs.
16. Defendants infringed Plaintiff's exclusive rights under 17 U.S.C. § 106.
17. Defendants' actions were knowing, deliberate, and malicious.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court:

A.       Enter judgment against Defendant Crafted By Joanna LLC for copyright infringement and award Plaintiff actual damages and/or statutory damages in an amount to be proven at trial, but not less than $10,000;

B.       Enter judgment against Defendant Agneta Rusyte for copyright infringement and award Plaintiff actual damages and/or statutory damages in an amount to be proven at trial, but not less than $10,000;

C.       Enter judgment against Defendant Aleksandra Kinshina for copyright infringement and award Plaintiff actual damages and/or statutory damages in an amount to be proven at trial, but not less than $10,000;

D.       Enter judgment against Additional Defendant Laura Cortes for copyright infringement and award Plaintiff actual damages and/or statutory damages in an amount to be proven at trial, but not less than $10,000;

E.       Award Plaintiff costs and reasonable attorney's fees;

F.       Enter a permanent injunction enjoining Defendants from further infringement;

G.       Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,
Daniil Solovev
Plagoo Holiday Hotel Bali,Indonesia 80361
Phone: +62 821 4587 7253
Email: daniil@it-is-dew.com
Date: 06/12/2025