## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| Daniil Solovev, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:25-cv-02268-KHV-ADM |
| v. | ) | |
| | ) | |
| Crafted By Joanna LLC, a Kansas limited | ) | |
| liability company, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## MOTION TO DISMISS UNDER RULES 12(b)(5) AND 12(b)(6)

COMES NOW Defendant Crafted By Joana LLC ("Crafted") and moves this Court to dismiss the First Amended Complaint under Rules 12(b)(5) and 12(b)(6) of the Federal Rules of Civil Procedure. As is set forth in additional detail in the accompanying memorandum, Plaintiff failed to properly serve the First Amended Complaint. The First Amended Complaint failed to sufficiently plead a plausible cause of action. Additionally, Plaintiff has failed to present evidence that he has registered the copyright with the Copyright Office pursuant to 17 U.S.C. 411, and has failed to demonstrate that he is exempt from such a requirement.

Dated this 9th day of February 2026

**BATEMAN IP and GRAHAM LAW GROUP, PC**


*/s/ Kevin A. Graham*
Kevin A. Graham    KS Bar No. 16493
**GRAHAM LAW GROUP, P.C.**
11 East Kansas
Liberty, Missouri 64068
(816) 792-0500
FAX (816) 781-6843
kevin@grahamlg.com

Randall B. Bateman (Pro Hac Vice Pending)
**BATEMAN IP**
299 South Main Street, Suite 1300
Salt Lake City, UT 84111
(801) 533-0320
rbb@batemanip.com
nml@batemanip.com

*Attorneys for Defendant/Counterclaimant*

*Crafted By Joanna, LLC.*

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing motion on February 9, 2026, to

Plaintiff by sending it via email to daniil@it-is-dew.com and by mailing a copy to Plaintiff at:

Daniil Solovev
Plagoo Holiday Hotel
Bally, Indonesia 80361


*/s/ Kevin A. Graham*