**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **CRAFTED BY JOANNA, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION** |
| | ) | |
| **v.** | ) | **No. 25-2268-KHV** |
| | ) | |
| **DANIIL SOLOVEV,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

# MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Emergency Motion For Temporary Restraining Order On Notice And Expedited Preliminary Injunction Hearing (Doc. #119) filed November 20, 2026. On November 20, 2026, the Court set an expedited briefing schedule and ordered defendant to file a response to plaintiff's emergency motion by 5:00 PM CST on Saturday, November 21, 2026. See Docket Entry No. 120. Also on November 20, 2026, the Court ordered plaintiff to show good cause in writing (1) why the motion should not be overruled because plaintiff has express statutory remedies under the Digital Millennium Copyright Act ("DMCA") and plaintiff has not shown that it has sought to avail itself of those remedies; and (2) why the motion should not be overruled because it seeks relief as to products and events which are beyond the scope of the Pretrial Order (Doc. # 83) and plaintiff has not sought leave to supplement or amend the Pretrial Order. The Court directed plaintiff to file its response by 9:00 PM CST on Saturday, November 21, 2026. On November 21, 2026, defendant filed Defendant's Response to Plaintiff's Emergency Motion (ECF 119) (Doc. #124), and plaintiff filed Plaintiff's Response To The Order To Show Cause (Doc. #123). For reasons stated below, the Court sustains in part and

overrules in part Plaintiff's Emergency Motion For Temporary Restraining Order On Notice And Expedited Preliminary Injunction Hearing (Doc. #119).

## Legal Standard

When addressing a motion for temporary restraining order under Rule 65, Fed. R. Civ. P., the Court applies the same standard as it applies to a motion for preliminary injunction. Sac & Fox Nation of Mo. v. LaFaver, 905 F. Supp. 904, 907 (D. Kan. 1995). This standard requires the moving party to establish that: (1) it is likely to succeed on the merits; (2) it is likely to suffer irreparable harm in the absence of preliminary relief; (3) the balance of equities tips in its favor; and (4) an injunction is in the public interest. Winter v. Nat. Res. Def. Council, Inc., 555 U.S. 7, 20 (2008). The issuance of a temporary restraining order or other preliminary injunctive relief is within the sound discretion of the Court. Sac & Fox Nation, 905 F. Supp. at 906.

## Factual and Procedural Background

Crafted and Solovev both sell jewelry through online retailers. On May 19, 2025, Solovev filed suit pro se against Crafted and others for infringement of his copyrighted jewelry. (Doc. #1). On February 9, 2026, Crafted filed counterclaims, alleging Solovev's jewelry infringes Crafted's copyrights and trademarks. (Doc. #21). Solovev did not respond to Crafted's counterclaims. On March 18, 2026, the Clerk entered default against Solovev on the counterclaims. (Doc. #26). On July 1, 2026, the Court dismissed Solovev's affirmative claims against Crafted and denied Solovev's request for relief from the entry of default on Crafted's claims against him. (Doc. #45; Doc. #55).

The Pretrial Order (Doc. #83) filed October 1, 2026 ("PTO") supersedes all pleadings and controls the subsequent course of this case. The PTO identifies Crafted's claims against Solovev as follows:

i. **Count 1: Copyright Infringement** – Solovev has infringed Crafted's copyright in the Queen and Dainty necklaces by copying and selling the necklace designs created by Crafted. 17 U.S.C. § 501.

ii. **Count 2: Bad Faith DMCA Takedown Notice** – Solovev engaged in bad faith DMCA's takedown notice by filing a takedown request knowingly misrepresenting that Crafted had infringed any copyrights of Solovev as Solovev knew he did not create the designs at issue. 17 U.S.C. § 512(f).

iii. **Count 3: Trademark Infringement** – Solovev engaged in false advertising by using Crafted's trademarks dew. And IT IS DEW in such manner as to create a likelihood of confusion. 15 U.S.C. § 1125(a).

iv. **Count 4: Declaratory Judgment** – Crafted is entitled to a declaratory judgment that it has not infringed Solovev's rights as Crafted was using the trademarks and created the jewelry designs before Solovev, thereby voiding Solovev's infringement claims.

Pretrial Order (Doc. #83) at 16. The parties stipulate that in or about April and May of 2025, Crafted filed copyright registration applications with the U.S. Copyright Office. Id. at 2. Two of the works received copyright registration: the Handmade Dewdrop Queen Necklace ("Queen Necklace") and the Dainty Necklace. Id. The U.S. Copyright Office refused design registration for six other pieces of jewelry: (1) Waterfall Necklace; (2) Droplet Necklace; (3) Dainty Princess Choker Necklace; (4) Flowing Raindrop Earring; (5) Centerpiece Necklace; and (6) Dainty Bracelet. Declaration Of Joanna Gordillo Najera (Doc. #121) filed November 20, 2026 at ¶ 16. Id.[1]

On or about May 10, 2025, Solovev submitted reports to Etsy concerning nine Crafted jewelry listings. Pretrial Order (Doc. #83) at 3. The eight jewelry designs in those nine listings were: (1) Queen Necklace; (2) Dainty Necklace; (3) Waterfall Necklace; (4) Droplet Necklace; (5) Dainty Princess Choker Necklace; (6) Flowing Raindrop Earring; (7) Centerpiece Necklace; and

[1] The U.S. Copyright Office registered photographs of two pieces of jewelry, the Waterfall Necklace and the Droplet Necklace. Id.

(8) Dainty Bracelet. Exhibit 9 (Doc. #119-11) filed November 20, 2026. Solovev asserted that Crafted's jewelry was infringing his copyrights and sought removal of Crafted's listings. On or about May 10, 2025, Etsy took down Crafted's listings. Pretrial Order (Doc. #83) at 3.

On May 19, 2025, Solovev filed a lawsuit against Crafted and others alleging copyright infringement. (Doc. #1). On February 9, 2026, Crafted filed an answer and counterclaims against Solovev. (Doc. #21). On March 18, 2026, the clerk entered a Certificate Of Default (Doc. #26) against Solovev for failure to answer or defend the claims. On July 1, 2026, the Court dismissed Solovev's affirmative claims against Crafted and overruled his motion to set aside the clerk's entry of default. (Doc. #45). On July 22, 2026, Etsy reactivated seven of Crafted's earlier listings but did not include the Flowing Rain and Waterfall listings. Declaration Of Joanna Gordillo Najera (Doc. #121) filed November 20, 2026 at ¶ 13.[2]

In the Pretrial Order (Doc. #83) at 13–14, Solovev argued that Crafted's copyright claims must be limited to the Queen and Dainty necklace design registrations and that photograph registrations for the Waterfall and Droplet jewelry designs "do[] not confer control over transparent-droplet ideas, ordinary jewelry components, functional methods, or other unprotectable matter."

Because Solovev did not respond to Crafted's counterclaims, Crafted argues the following facts should be deemed admitted by Solovev:

- Solovev copied the Queen Necklace from Crafted;
- Solovev copied the Waterfall Necklace from Crafted;
- Solovev copied the Dainty Necklace from Crafted;

[2] The email from Etsy to Crafted, dated July 22, 2026, states that Solovev withdrew his infringement report against Crafted for seven listings. Exhibit 9 (Doc. #119-12) at 24.

- Solovev copied the Drop Necklace from Crafted;
- Solovev failed to take any reasonable steps to determine whether Crafted had actually copied his alleged works; and
- In an effort to harm Crafted and gain an unfair advantage in the marketplace, Solovev filed multiple DMCA takedown requests asserting that Crafted's works infringed copyrights.

Id. at 7–9. On October 5, 2026, Crafted filed a Motion For Entry Of Default Judgment (Doc. #84). The Court has scheduled an in-person trial on damages for Friday, December 4, 2026 at 11:00 a.m. (Doc. #113).[3] Solovev has refused to provide discovery of his Instagram sales to Crafted. On October 7, 2025, U.S. Magistrate Judge Mitchell ordered Solovev to produce (1) an Instagram data export file of 3,991 conversations and 51,952 messages related to his Instagram-originated sales (or to provide Crafted access to his Instagram account) and (2) processing reports and/or transaction records from banks and other financial entities that processed Solovev's Instagram-originated sales. Memorandum And Order (Doc. #88). Solovev objected to the order (Doc. #91), and, on October 22, 2026, the Court overruled his objection and upheld Judge Mitchell's order (Doc. #98).

On October 29, 2026, Crafted filed a motion to enforce the Court's order of October 7, 2026 and to hold Solovev in contempt if he continued to ignore the order. (Doc. #102). On October 30, 2026, Solovev responded to the motion, conceding that he had not complied with the order but arguing against contempt sanctions. (Doc. #103). On November 2, 2026, Judge Mitchell ordered Solovev to produce the two categories of documents related to Instagram sales by 11:00 p.m. that same day. (Doc. #105). Solovev again did not produce the documents as ordered. Judge Mitchell recommended that the Court impose a coercive fine of $100 on the first day of

[3] Solovev advised the Court that he does not intend to appear at the damages trial in person, as he resides in Bali, Indonesia. Defendant's Response To Order To Show Cause (ECF 110) And Request To Participate In Writing (Doc. #113) filed November 12, 2026 at 1.

noncompliance (November 3, 2026), escalating $100 per day up to $1,000 per day, until Solovev complies. (Doc. #106). This matter is pending before the Court.

On November 20, 2026, Crafted filed Plaintiff's Emergency Motion For Temporary Restraining Order On Notice And Expedited Preliminary Injunction Hearing (Doc. #119). Crafted alleges that on November 19, 2026, acting on reports submitted by Solovev, Etsy removed 63 Crafted jewelry listings—46 active listings on Crafted's Eternally Dew store and 17 listings on the CraftedByJoanna, LLC store. Declaration Of Joanna Gordillo Najera (Doc. #121) filed November 20, 2026 at ¶ 6; see also Exhibit 2 (Doc. #119-4); Exhibit 3 (Doc. #119-5). The original dispute between the parties concerned eight designs that appeared in nine listings. Declaration Of Joanna Gordillo Najera (Doc. #121) filed November 20, 2026 at ¶ 4. Seven of those designs (appearing in eight listings) are among the 63 listings that Etsy removed on November 19, 2026. The seven jewelry designs common to both takedowns are: (1) Queen Necklace; (2) Dainty Necklace; (3) Droplet Necklace; (4) Dainty Princess Choker Necklace; (5) Flowing Raindrop Earring; (6) Centerpiece Necklace; and (7) Dainty Bracelet. Compare Exhibit 9 (Doc. #119-11) filed November 20, 2026, with Exhibit 5 (Doc. #119-7) filed November 20, 2026. Crafted asserts that Solovev submitted the takedown notices in bad faith to retaliate against and harass Crafted. Crafted further argues that the takedown requests will seriously damage Crafted monetarily as Crafted's 63 listings will be deactivated during the busiest shopping week of the year.[4] The loss of sales threaten Crafted's immediate business operations. Declaration Of Joanna Gordillo Najera (Doc. #121) filed November 20, 2026 at ¶¶ 9–10. The loss of sales also jeopardizes Crafted's ability to pay its attorneys and to fund the continued litigation this case, including the damages

[4] Crafted reports that on November 20, 2026, Etsy removed 42 additional listings based on another report from Solovev, for a total of 105 removed listings. (Doc. #123 at 3).

trial on December 4, 2026. Id., ¶ 4. Crafted claims that based on Etsy's policies,[5] multiple notices of copyright infringement may result in the termination of Crafted's selling privileges on Etsy, including for Crafted's unrelated SnackAttackJewelry shop. Crafted argues that the takedown notices damage Crafted's reputation and that Solovev is unlikely to pay a damages award.

## Analysis

Crafted requests a temporary restraining order pursuant to Rule 65, Fed. R. Civ. P., and an expedited hearing on preliminary injunctive relief. More specifically, Crafted requests: (1) a temporary prohibition against renewing, supplementing, resubmitting or procuring copyright takedown reports to Etsy targeting the 63 listings and designs included in the November 19, 2026 takedown notices; (2) withdrawal of all identified reports through Etsy's prescribed process within 24 hours after actual notice of the Court's order, with written confirmation to counsel; (3) an expedited preliminary injunction hearing by Tuesday, November 24, 2026; and (4) security in an amount the Court considers proper. Solovev opposes plaintiff's emergency motion. He reports that Crafted has filed counter notices with Etsy for the 63 listings that Etsy removed, and as best the Court can ascertain, he implies that the process provided in the Digital Millennium Copyright Act ("DMCA") is sufficient.

To obtain a temporary restraining order, Crafted must establish that: (1) it is likely to succeed on the merits; (2) it is likely to suffer irreparable harm in the absence of preliminary relief; (3) the balance of equities tips in its favor; and (4) an injunction is in the public interest. Winter

---

[5] Etsy's counter-notice policy allows possible reactivation ten business days after processing of the counter notice. Exhibit 11A (Doc. #119-13); see also Exhibit 11F (Doc. #119-13) (after receiving a valid counter notice, Etsy notifies both parties; original complainant has ten days after receiving counter notice to report an action seeking court order). During suspension, sellers cannot receive new orders and shops are not visible. Exhibit 11B (Doc. #119-13). Premature reactivation by the seller may result in account termination. Exhibit 11F (Doc. #119-13).

v. Nat. Res. Def. Council, Inc., 555 U.S. 7, 20 (2008). As to the seven jewelry designs that are already at issue in this lawsuit ("the seven original designs),[6] the Court grants a temporary restraining order.

Crafted has established that it is likely to succeed on the merits. As noted earlier, Solovev did not answer Crafted's counterclaims for copyright infringement, bad faith DMCA takedown notices and trademark infringement. On March 18, 2026, the Clerk entered default against Solovev on the counterclaims, and on July 1, 2026, the Court dismissed Solovev's affirmative claims against Crafted. Crafted has filed a Motion For Entry Of Default Judgment (Doc. #84) and the Court has scheduled a trial on damages for Friday, December 4, 2026. Given that Solovev has not defended against Crafted's counterclaims, did not oppose Crafted's motion for entry of default judgment, and stipulated that Crafted has a copyright registration for its Queen and Dainty necklaces, Crafted is highly likely to succeed on the merits.

Crafted has shown that it is likely to suffer irreparable harm in the absence of preliminary relief. On November 19, 2026, Etsy removed the seven original designs from Crafted's Etsy shops. Under Etsy's policies, the earliest Etsy will reactivate those listings is Monday, November 30, 2026. The Court takes judicial notice of the fact that Friday, November 27, 2026 is "Black Friday," which marks the unofficial start of the holiday shopping season in the United States and is when retailers traditionally offer major discounts to shoppers. Without a temporary restraining order, Crafted will lose out on sales it otherwise would have made on Black Friday, as well as the days leading up to and following Black Friday. Crafted's managing member, Joanna Gordillo Najera, has submitted a sworn declaration stating that loss of sales from the deactivated listings threatens

[6] The seven designs at issue are: (1) Queen Necklace; (2) Dainty Necklace; (3) Droplet Necklace; (4) Dainty Princess Choker Necklace; (5) Flowing Raindrop Earring; (6) Centerpiece Necklace; and (7) Dainty Bracelet.

Crafted's immediate business operations. The loss of sales and funds from those sales jeopardizes Crafted's ability to fill existing orders, pay business expenses and pay its attorneys in this ongoing litigation. Najera further declares that a prolonged loss of the ability to sell its inventory threatens customer relations and its reputation. Because Solovev has failed to prosecute his own claims, failed to defend against Crafted's counterclaims, refused to provide Instagram-related discovery to Crafted, disobeyed the Court's orders compelling production of the Instagram-related discovery and advised the Court that he will not travel from Indonesia to Kansas to appear in person at the damages trial on December 4, 2026, it is highly unlikely that, if ordered to do so, Solovev will pay Crafted damages. Therefore, the Court finds that Crafted has established irreparable harm in the absence of a temporary restraining order.

Crafted has further established that the balance of equities tips in its favor. As noted above, on or about May 10, 2025, based on Solovev's reports to Etsy concerning nine Crafted jewelry listings and his filing of a lawsuit asserting that Crafted's jewelry was infringing his copyrights, Etsy took down Crafted's listings. Id. More than one year later, on or about July 22, 2026, after the Court dismissed Solovev's affirmative claims against Crafted, Etsy reactivated seven of Crafted's earlier listings. Solovev has not answered or defended against Crafted's counterclaims, he disobeyed the Court's orders compelling production of the Instagram-related discovery and advised the Court that he will not appear at the damages trial on December 4, 2026. Pending before the Court is Judge Mitchell's November 2, 2026 recommendation that the Court impose on Solovev a coercive fine of $100 on the first day of noncompliance (November 3, 2026), escalating $100 per day up to $1,000 per day, until Solovev complies with the discovery order. Given the recent events in this litigation, the Court finds the timing of Solovev's most recent takedown reports (on or about November 19, 2026) to Etsy highly suspect. Given all of these circumstances,

Solovev's conduct is consistent with retaliation, harassment, bad faith and unfair business practices. The balance of the equities tips strongly in Crafted's favor.

A temporary restraining order is in the public interest because, at least as to the seven original designs, it is apparent to the Court that Solovev is abusing copyright enforcement and using the DMCA and Etsy's policies strategically to harm Crafted's business and enrich himself.

The Court therefore finds that Crafted has established the factors required to obtain a temporary restraining order as to the eight listings (of the seven original designs) identified below.

**IT IS THEREFORE ORDERED THAT:**

1. Upon actual notice and the posting of security set below, Daniil Solovev shall not submit, renew, supplement, resubmit, or procure submission to Etsy of copyright-infringement takedown reports targeting the specific material reproduced and identified in the integral Listing Schedule below, on the same asserted rights and infringement grounds identified there.

**LISTING SCHEDULE**

| **Listing and report details** | **Reproduced image** |
|---|---|
| **1. Flowing Rain Earrings - Dew Drop Earrings, Statement Water Drop Resin Dangle**<br>*EternallyDew*<br>**Full Etsy listing URL:** https://www.etsy.com/listing/4603824621<br>**Etsy listing ID:** 4603824621<br>**Asserted copyrighted work:** Unknown<br>**Report #:** Not provided in email<br>**Email time and notice:** 8:52:49 a.m. CST Ex. 2<br>**Email date:** Nov. 19, 2026 | <br>Listing screenshot |

| **Listing and report details** | **Reproduced image** |
|---|---|
| **11. Dewdrop Jewelry Set Earrings and Necklace: Flowing Rain and Dainty Princess Choker Necklace UV Resin Stainless Steel Closures**<br>*EternallyDew*<br>**Full Etsy listing URL:** https://www.etsy.com/listing/4550020619<br>**Etsy listing ID:** 4550020619<br>**Asserted copyrighted work:** Unknown<br>**Report #:** Not provided in email<br>**Email time and notice:** 8:52:49 a.m. CST Ex. 2<br>**Email date:** Nov. 19, 2026 | <br>Listing screenshot |
| **14. Invisible Necklace, Dew Drop Floating Water Droplet Centerpiece, Bridal Bridesmaid Prom Jewelry - Centerpiece Necklace**<br>*EternallyDew*<br>**Full Etsy listing URL:** https://www.etsy.com/listing/4543014236<br>**Etsy listing ID:** 4543014236<br>**Asserted copyrighted work:** Unknown<br>**Report #:** Not provided in email<br>**Email time and notice:** 8:52:49 a.m. CST Ex. 2<br>**Email date:** Nov. 19, 2026 | <br>Listing screenshot |
| **20. Dainty Dew Drop Choker, Invisible Thread Water Drop Resin, Bridal Bridesmaid Wedding Necklace - Dainty Princess Choker**<br>*EternallyDew*<br>**Full Etsy listing URL:** https://www.etsy.com/listing/4543028344<br>**Etsy listing ID:** 4543028344<br>**Asserted copyrighted work:** Unknown<br>**Report #:** Not provided in email<br>**Email time and notice:** 8:52:49 a.m. CST Ex. 2<br>**Email date:** Nov. 19, 2026 | <br>Listing screenshot |
| **23. Dew Drop Necklace, Invisible Thread Floating Water Droplet, UV Resin Ethereal Bridal Jewelry - Queen Dewdrop Necklace**<br>*EternallyDew*<br>**Full Etsy listing URL:** https://www.etsy.com/listing/4542431583<br>**Etsy listing ID:** 4542431583<br>**Asserted copyrighted work:** Unknown<br>**Report #:** Not provided in email<br>**Email time and notice:** 8:52:49 a.m. CST Ex. 2<br>**Email date:** Nov. 19, 2026 | <br>Listing screenshot |

| **Listing and report details** | **Reproduced image** |
|---|---|
| **34. Dainty Dew Drop Necklace, Invisible Thread Water Drop Resin, Bridal Bridesmaid Wedding Jewelry - Dainty Princess Necklace**<br>*EternallyDew*<br>**Full Etsy listing URL:** https://www.etsy.com/listing/4563959218<br>**Etsy listing ID:** 4563959218<br>**Asserted copyrighted work:** Unknown<br>**Report #:** Not provided in email<br>**Email time and notice:** 8:52:49 a.m. CST Ex. 2<br>**Email date:** Nov. 19, 2026 | <br>Listing screenshot |
| **43. Dainty Dew Drop Bracelet, Invisible Thread Water Drop Resin, Bridesmaid Bridal Wedding Jewelry - Dainty Princess Bracelet**<br>*EternallyDew*<br>**Full Etsy listing URL:** https://www.etsy.com/listing/4543029904<br>**Etsy listing ID:** 4543029904<br>**Asserted copyrighted work:** Unknown<br>**Report #:** Not provided in email<br>**Email time and notice:** 8:52:49 a.m. CST Ex. 2<br>**Email date:** Nov. 19, 2026 | <br>Listing screenshot |
| **44. Simple Droplet Necklace, Invisible Thread Water Dew Drop Resin, Everyday Minimalist Bridal Jewelry**<br>*EternallyDew*<br>**Full Etsy listing URL:** https://www.etsy.com/listing/4543011109<br>**Etsy listing ID:** 4543011109<br>**Asserted copyrighted work:** Unknown<br>**Report #:** Not provided in email<br>**Email time and notice:** 8:52:49 a.m. CST Ex. 2<br>**Email date:** Nov. 19, 2026 | <br>Listing screenshot |

2. Within 24 hours after this Order becomes effective, Solovev shall withdraw the notices resulting in the November 19, 2026 takedowns identified by report number in the integral Listing Schedule, using Etsy's prescribed withdrawal procedure, and provide plaintiff's counsel a copy of each withdrawal and confirmation of its submission. Solovev shall state that those specified notices are withdrawn and request that Etsy cease relying on them to disable

the scheduled listings or penalize Crafted's account. This provision does not require him to admit ultimate liability.

3. This Order does not restrain filings, evidence, or requests for relief in this action; does not reach different works or listing material outside the integral Listing Schedule; and does not direct Etsy to restore listings or restrict Etsy's independent enforcement decisions. Etsy is not bound solely by receipt of this Order.
4. This Order binds Solovev and only the additional persons described in Rule 65(d)(2), Fed. R. Civ. P., who receive actual notice and otherwise meet that Rule's requirements.
5. Security is set at $5,000, to be posted before the restraint becomes effective.
6. This Order expires on December 8, 2026 at 10:00 a.m. CST, unless lawfully extended or superseded. A preliminary injunction hearing is set for **December 4, 2026 at 11:00 a.m**. at the Robert J. Dole Courthouse, 500 State Avenue, Courtroom 440, Kansas City, Kansas 66101.
7. Plaintiff shall promptly serve this Order by the court-authorized service method and provide actual notice by email. Plaintiff may furnish a copy to Etsy for informational purposes.

Dated this 24th day of November, 2026 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge